NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STEPHEN ASTBURY, DOC #733763,  )
                               )
            Appellant,         )
                               )
v.                             )        Case No. 2D17-3299
                               )
STATE OF FLORIDA,              )
                               )
            Appellee.          )
_____)

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Deno G. Economou
and Brian A. Iten, Judges.


PER CURIAM.


            Affirmed.


SILBERMAN, CRENSHAW, and ROTHSTEIN-YOUAKIM, JJ., Concur.